IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


LISA STEELE,                                     09-CV-1176-HU

         Plaintiff,                              ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

         Defendant.


TIM D. WILBORN
Wilborn Law Office, P.C.
P.O. Box 2768
Oregon City, OR 97045
(503) 632-1120


         Attorneys for Plaintiff

DWIGHT C. HOLTON
United States Attorney
ADRIAN L. BROWN
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003


1 - ORDER

**DAVID MORADO**
Regional Chief Counsel
**WILLY M. LE**
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2680

      Attorneys for Defendant


**BROWN, Judge.**

      Magistrate Judge Dennis James Hubel issued Findings and Recommendation (#16) on November 17, 2010, in which he recommends this Court reverse the Commissioner's decision and remand this matter for further proceedings consistent with the Findings and Recommendation.

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.


<u>**CONCLUSION**</u>

      The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#16).  Accordingly, the Court **REVERSES** the

2 - ORDER

decision of the Commissioner and **REMANDS** this matter to the Commissioner for further proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this 3rd day of February, 2011.


/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge

3 - ORDER