IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**LISA STEELE,**                                              09-CV-1176-HU

       **Plaintiff,**                          **JUDGMENT OF REMAND**

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security,**

       **Defendant.**

    Based on the Court's Order (#18) issued February 4, 2011, the Court hereby **REMANDS** this matter to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with this Court's Order.

    DATED this 3rd day of February, 2011.

                                              /s/ Anna J. Brown

                                              ANNA J. BROWN
                                              United States District Judge

1  -  JUDGMENT