IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LISA STEELE,                                    3:09-CV-01176-HU

              Plaintiff,                        ORDER

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.

BROWN, Judge.

    Magistrate Judge Dennis James Hubel issued Findings and

Recommendation (#23) on July 1, 2011, in which he recommends this

Court grant Plaintiff's Motion (#20) for Award of Fees Pursuant

to the Equal Access to Justice Act and award attorneys' fees to

Plaintiff in the amount of $5,005.74.  The matter is now before

this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule

of Civil Procedure 72(b).


1  - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#23).  Accordingly, the Court **GRANTS** Plaintiff's Motion (#20) for Award of Fees Pursuant to the Equal Access to Justice Act and **AWARDS** attorneys' fees to Plaintiff in the amount of **$5,005.74.**

IT IS SO ORDERED.

DATED this 10th day of August, 2011.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge

2 - ORDER